IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MAURO'S CONCRETE SPECIALISTS, INC. | ) | Case No. 08 B 01697 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on January 25, 2008. Charles J. Myler was appointed Trustee on January 25, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of January 31, 2009 is as follows:

1

    a.    RECEIPTS (See Exhibit C)    $7,751.34

    b.    DISBURSEMENTS (See Exhibit C)    $899.10

    c.    NET CASH available for distribution    $6,852.24

    d.    TRUSTEE/PROFESSIONAL COSTS:

        1.    Trustee compensation requested    $1,525.13
             (See Exhibit E)
        2.    Trustee Expenses (See Exhibit E)    $35.72
        3.    Compensation requested by
             attorney or other professionals
             for trustee (See Exhibit F)    $2,000.00

5.    The Bar Date for filing unsecured claims expired on October 8, 2008.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid secured claims    $0.00

    b.    Chapter 7 administrative and
         28 U.S.C. §1930 claims    $3,560.85

    c.    Allowed Chapter 11 administrative
         claims    $0.00

    d.    Allowed priority claims    $125,163.15

    e.    Allowed unsecured claims    $34,722.96

7.    Trustee proposes that unsecured creditors receive a distribution of 0% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $2,000.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,000.00. (See Exhibit G).

9.    A fee of $2,500.00 was paid to debtor's counsel for services rendered in connection with

this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: February 27, 2009

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

The debtor had operated a cement finishing business and at the first meeting of creditors it appeared that there might be preferential transfers and business equipment to be sold. Trustee hired trustee counsel who conducted an investigation and determined that none of the preferential transfers were collectable and that most of debtor's equipment was old and shopworn. Eventually some vehicles were sold by an auctioneer hired by the trustee. Trustee checked claims and assisted counsel in preparing the final report. It is estimated that 6 hours were spent in trustee time in this estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-01697 5
Case Name: MAURO'S CONCRETE SPECIALISTS, INC.

Trustee: (330510)  CHARLES J. MYLER
Filed (f) or Converted (c): 01/25/08 (f)
§341(a) Meeting Date: 02/25/08
Claims Bar Date: 05/30/08

Period Ending: 01/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Charter One- checking accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Saratoga Homes, previous construction wrk | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2000 Ford F550S Duty Pickup | 20,000.00 | 20,000.00 | | 4,750.00 | FA |
| 4 | Mack | 15,000.00 | 15,000.00 | | 3,000.00 | FA |
| 5 | Tools | 400.00 | 400.00 | DA | 0.00 | FA |
| 6 | Construction forms | 90,000.00 | 90,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.34 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | $175,400.00 | $125,400.00 | | $7,751.34 | $0.00 |

Major Activities Affecting Case Closing:
  Trustee has sold vehicles; will file final report
  Get tax returns; no tax letter

Initial Projected Date Of Final Report (TFR):  June 30, 2008    Current Projected Date Of Final Report (TFR):  March 31, 2009

EXHIBIT b

Printed: 02/23/2009 04:14 PM   V.11.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-01697 5
**Case Name:** MAURO'S CONCRETE SPECIALISTS, INC.
**Taxpayer ID #:** 42-1575475
**Period Ending:** 01/31/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****36-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/08 | | American Auction Associates, Inc. | Sale of 2 vehicles | | | | 6,850.90 |
| | {3} | | | 1129-000 | 4,750.00 | | 6,850.90 |
| | {4} | | | 1129-000 | 3,000.00 | | 6,850.90 |
| | | | Publication | 3620-000 | -125.00 | | 6,850.90 |
| | | | Towing | 3620-000 | -494.00 | | 6,850.90 |
| | | | Batteries | 3620-000 | -140.00 | | 6,850.90 |
| | | | Auction Mart Ad | 3620-000 | -140.10 | | 6,850.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.06 | | 6,850.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.53 | | 6,851.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 6,851.97 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,852.24 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 6,852.24 | 0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 6,852.24 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$6,852.24** | **$0.00** |


EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-01697 5
**Case Name:** MAURO'S CONCRETE SPECIALISTS, INC.

**Taxpayer ID #:** 42-1575475
**Period Ending:** 01/31/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*36-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | Net Receipts: | | | 6,852.24 | | |
| | | Plus Gross Adjustments: | | | 899.10 | | |
| | | Net Estate: | | | $7,751.34 | | |

| | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | | MMA # \*\*\*-\*\*\*\*\*36-65 | | 6,852.24 | 0.00 | 6,852.24 |
| | | | | $6,852.24 | $0.00 | $6,852.24 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MAURO'S CONCRETE SPECIALISTS, INC. | ) | Case No. 08 B 01697 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,578.35 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $3,273.89 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:    $6,852.24

EXHIBIT D

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,578.35 | 64.14 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,525.13 | $1,525.13 |
| Charles J. Myler, Expenses | 35.72 | 35.72 |
| Myler, Ruddy & McTavish | 4,017.50 | 2,000.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |
|---|---|---|

| **5. TYPE OF CLAIMS**<br>§507(a)(4) - Contributions to Employee Benefit Plans | **AMOUNT OF CLAIMS**<br>$121,994.15 | **DIVIDEND %**<br>2.629 |
|---|---|---|
| **CLAIM NO. CREDITOR**<br>3 Laborers' Pension Fund | **AMOUNT OF ALLOWED CLAIM**<br>$121,994.15 | **AMOUNT OF DIVIDEND**<br>$3,208.06 |

| **6. TYPE OF CLAIMS**<br>§507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |

| **7. TYPE OF CLAIMS**<br>§507(a)(6) - Deposits by consumers to the extent of $900 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |

| **8. TYPE OF CLAIMS**<br>§724(b) - Tax Liens | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |

| **9. TYPE OF CLAIMS**<br>§507(a)(7) - Tax claims excluding fines and penalties | **TOTAL AMOUNT OF CLAIMS**<br>$3,169.00 | **FINAL DIVIDEND %**<br>2.629 |
|---|---|---|
| **CLAIM NO. CREDITOR**<br>2 IL Dept. of Revenue | **AMOUNT OF ALLOWED CLAIM**<br>$3,169.00 | **AMOUNT OF DIVIDEND**<br>$83.33 |

| **10. TYPE OF CLAIMS**<br>§507(a)(8) - Capital Commitments to FDIC, et al. | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
|---|---|---|

7

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS**<br>§726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | TOTAL AMOUNT OF CLAIMS<br>$34,722.96 | FINAL DIVIDEND %<br>0 |
| **CLAIM NO. CREDITOR**<br>1. Kendall County Concrete<br>2. IL Dept. of Revenue | AMOUNT OF ALLOWED CLAIM<br>$34,567.96<br>$155.00 | AMOUNT OF DIVIDEND<br>$0.00<br>$0.00 |
| **12. TYPE OF CLAIMS**<br>§726(a)(3) - Late unsecured claims. | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **13. TYPE OF CLAIMS**<br>§726(a)(4) - Fines/penalties | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **14. TYPE OF CLAIMS**<br>§726(a)(5) - Interest (___% from date of filing to anticipated date of distribution | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **15. TYPE OF CLAIMS**<br>§726(a)(6) - Surplus to Debtor | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 27, 2009

Charles J. Myler, Trustee, ARDC# 2008602

9