UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                                                           )         Chapter 7
                                                                 )
MAURO'S CONCRETE SPECIALISTS, INC.                               )         Case No. 08 B 01697
                                                                 )
            Debtor(s).                                           )         Judge Manuel Barbosa

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **May 14, 2009**                               Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $7,751.34

    Disbursements                         $899.10

    Net Cash Available for Distribution   $6,852.24

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1525.13 | $35.72 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $2,000.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $125,163.15 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $2.629%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | IL Dept. of Revenue | $3,169.00 | $83.33 |
| 3 | Laborers' Pension Fund | $121,994.15 | $3,208.06 |

7. Claims of general unsecured creditors totaling $34,722.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Kendall County Concrete | $34,567.96 | $0.00 |
| 2. | IL Dept. of Revenue | $155.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The trustee proposes to abandon the following property at the hearing:


Dated: **April 13, 2009**                                                                                              For the Court,


                                                                      By:    **KENNETH S. GARDNER**
                                                                             Kenneth S. Gardner
                                                                             Clerk of the U.S. Bankruptcy Court
                                                                             219 So. Dearborn St., 7th Floor
                                                                             Chicago, IL 60604


Trustee:     Charles J. Myler, ARDC#2008602
Address:     105 E. Galena Blvd., 8th Floor
             Aurora, IL 60505
Phone:       630-897-8475
Fax:         630-897-8076

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1                Date Rcvd: Apr 13, 2009
Case: 08-01697                Form ID: pdf002            Total Served: 24

The following entities were served by first class mail on Apr 15, 2009.
db           +Mauro's Concrete Specialists Inc,    1355 North Randall Road,    Aurora, IL 60506-1327
aty          +Neal Gainsberg,    Staver & Gainsberg, P C,    120 W Madison St,    Suite 520,
               Chicago, IL 60602-4302
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
11901386     +Bart's Damp Proofing,    15 Sonora Dr.,    Montgomery, IL 60538-2113
11901377     +Baudelio Espinoza,    1318 Park Dr.,    Montgomery, IL 60538-1854
11901372     +Department of Treasury-Internal Rev. Serv,    Centralized Insolvency Operations,,    PO Box 21126,
               Philadelphia, PA 19114-0326
11901381      Global Payments Check Services, Inc.,    PO Box 661038,    Chicago, IL 60666-1038
11901383     +Grand National Conveyor,    201 LeJeune Ave,    Lockport, IL 60441-3124
11901373      I.D.E.S.,   Northern Region,    260 East Indian Trail Road,    Aurora, IL 60505-1733
12036656    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street Level 7-425,    Chicago, Illinois  60601)
11901371    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Dept. of Revenue,    Bankruptcy Section, level 7-425,
               100 W Randolph Street,    Chicago, IL 60601)
11901389     +Jesus Aguirre,    1115 Front Street,    Aurora, IL 60505-2915
11901375     +Jesus Nunez,    718 Jackson St.,    Aurora, IL 60505-5211
11901388     +Jorge Ruiz,    2830 Brian Ct,    Montgomery, IL 60538-5100
11901378     +Kendall County Concrete Inc.,    Law Offices of Daniel J Kramer,    1107a South Bridge Street,
               Yorkville, IL 60560-1747
11901384     +Laborers' Pension Fund,    Laborers' Welfare Fund c/o,    Allison, Slutsky & kennedy, PC,
               230 W Monroe Street-Suite 2600,    Chicago, IL 60606-4969
12204405      Laborers' Pension Fund et al.,    c/o Allison Slutsky & Kennedy P.C.,
               230 W. Monroe St. Suite 2600,    Chicago, IL 60606-4969
11901380     +Lafarge Elburn, Inc., FNA,    Feltes Sand & Gravel, Inc.,    1S194 IL Route 47,
               Elburn, IL 60119-9678
11901374     +Luis Nunez,    634 Talma St.,    Aurora, IL 60505-5225
11901379     +Midwest Conveyor Service Inc.,    37 B Stonehill Rd,    Oswego, IL 60543-9411
11901382     +Narvick,    1268 Bridge Street,    Yorkville, IL 60560-1715
11901387     +R&J Construction Supply Co.,    30 W 180 Butterfield Road,    Warrenville, IL 60555-1561
11901376     +Santaigo Arroyo,    1756 Elgin Ave,    Joliet, IL 60432-2140
11901385     +Saratoga Homes of Illinois, LLC,    2339 Mayfield Drive,    Montgomery, IL 60538-6011

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Myler, Ruddy, McTavish
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                    **Signature:** _/s/ Joseph Speetjens_