# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MAURO'S CONCRETE SPECIALISTS, INC.    § Case No. 08-01697
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $140,400.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,292.37 | Claims Discharged Without Payment: $224,546.56 |
| Total Expenses of Administration: $4,459.95 | |

3) Total gross receipts of $ 7,752.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,752.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 5,580.15 | 6,477.55 | 4,459.95 | 4,459.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 125,163.15 | 125,163.15 | 3,292.37 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 258,640.58 | 34,722.96 | 34,722.96 | 0.00 |
| TOTAL DISBURSEMENTS | $264,220.73 | $166,363.66 | $164,346.06 | $7,752.32 |

    4) This case was originally filed under Chapter 7 on January 25, 2008.
. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2009         By: /s/CHARLES J. MYLER
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Ford F550S Duty Pickup | 1129-000 | 4,750.00 |
| Mack | 1129-000 | 3,000.00 |
| Interest Income | 1270-000 | 2.32 |
| **TOTAL GROSS RECEIPTS** | | **$7,752.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Saratoga Homes of Illinois, LLC | 4110-000 | N/A | | 0.00 | 0.00 |
| Bart's Damp Proofing | 4110-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,525.23 | 1,525.13 | 1,525.13 |
| Charles J. Myler | 2200-000 | N/A | 35.72 | 35.72 | 35.72 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 4,017.50 | 2,000.00 | 2,000.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 125.00 | 125.00 | 125.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 494.00 | 494.00 | 494.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 140.00 | 140.00 | 140.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 140.10 | 140.10 | 140.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $6,477.55 | $4,459.95 | $4,459.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | N/A | 3,169.00 | 3,169.00 | 83.36 |
| Laborers' Pension Fund | 5800-000 | N/A | 121,994.15 | 121,994.15 | 3,209.01 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $125,163.15 | $125,163.15 | $3,292.37 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kendall County Concrete Inc. | 7100-000 | 68,816.98 | 34,567.96 | 34,567.96 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 155.00 | 155.00 | 0.00 |
| Narvick | 7100-000 | 83,330.00 | N/A | 0.00 | 0.00 |
| Global Payments Check Services, Inc. | 7100-000 | 2,482.60 | N/A | 0.00 | 0.00 |
| Jesus Aguirre | 7100-000 | 3,000.00 | N/A | 0.00 | 0.00 |
| Grand National Conveyor | 7100-000 | 3,867.50 | N/A | 0.00 | 0.00 |
| Lafarge Elburn, Inc., FNA Feltes Sand & Gravel, Inc. | 7100-000 | 13,624.00 | N/A | 0.00 | 0.00 |
| Jorge Ruiz | 7100-000 | 3,500.00 | N/A | 0.00 | 0.00 |
| R&J Construction Supply Co. | 7100-000 | 51,215.00 | N/A | 0.00 | 0.00 |
| Jesus Nunez | 7100-000 | 900.00 | N/A | 0.00 | 0.00 |
| Illinois Dept. of Revenue | 7100-000 | 2,623.00 | N/A | 0.00 | 0.00 |
| Department of Treasury-Internal Rev. Serv Centralized Insolv | 7100-000 | 21,490.00 | N/A | 0.00 | 0.00 |
| I.D.E.S. Northern Region | 7100-000 | 41.00 | N/A | 0.00 | 0.00 |
| Baudelio Espinoza | 7100-000 | 700.00 | N/A | 0.00 | 0.00 |
| Luis Nunez | 7100-000 | 900.00 | N/A | 0.00 | 0.00 |

UST Form 101-7-TDR (4/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Santaigo Arroyo | 7100-000 | 900.00 | N/A | 0.00 | 0.00 |
| Midwest Conveyor Service Inc. | 7100-000 | 1,250.50 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $258,640.58 | $34,722.96 | $34,722.96 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-01697  
Case Name: MAURO'S CONCRETE SPECIALISTS, INC.  
Period Ending: 06/23/09

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 01/25/08 (f)  
§341(a) Meeting Date: 02/25/08  
Claims Bar Date: 05/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Charter One- checking accounts | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Saratoga Homes, previous construction wrk | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2000 Ford F550S Duty Pickup | 20,000.00 | 20,000.00 | | 4,750.00 | FA |
| 4 | Mack | 15,000.00 | 15,000.00 | | 3,000.00 | FA |
| 5 | Tools | 400.00 | 400.00 | DA | 0.00 | FA |
| 6 | Construction forms | 90,000.00 | 90,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.32 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | $175,400.00 | $125,400.00 | | $7,752.32 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has sold vehicles; will file final report

Get tax returns; no tax letter

Initial Projected Date Of Final Report (TFR):   June 30, 2008        Current Projected Date Of Final Report (TFR):   March 31, 2009

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 08-01697
Case Name: MAURO'S CONCRETE SPECIALISTS, INC.
Taxpayer ID #: 42-1575475
Period Ending: 06/23/09

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****36-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/21/08 | | American Auction Associates, Inc. | Sale of 2 vehicles | | | 6,850.90 | | 6,850.90 |
| | {3} | | | 4,750.00 | 1129-000 | | | 6,850.90 |
| | {4} | | | 3,000.00 | 1129-000 | | | 6,850.90 |
| | | | Publication | -125.00 | 3620-000 | | | 6,850.90 |
| | | | Towing | -494.00 | 3620-000 | | | 6,850.90 |
| | | | Batteries | -140.00 | 3620-000 | | | 6,850.90 |
| | | | Auction Mart Ad | -140.10 | 3620-000 | | | 6,850.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 0.06 | | 6,850.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.53 | | 6,851.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.48 | | 6,851.97 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.27 | | 6,852.24 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.26 | | 6,852.50 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.29 | | 6,852.79 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.27 | | 6,853.06 |
| 05/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.16 | | 6,853.22 |
| 05/19/09 | | To Account #*******3666 | Transfer to checking | | 9999-000 | | 6,853.22 | 0.00 |
| | | | ACCOUNT TOTALS | | | 6,853.22 | 6,853.22 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 6,853.22 | |
| | | | Subtotal | | | 6,853.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $6,853.22 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 08-01697  
Case Name: MAURO'S CONCRETE SPECIALISTS, INC.

Trustee: CHARLES J. MYLER (330510)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*36-66 - Checking Account

Taxpayer ID #: 42-1575475  
Period Ending: 06/23/09

Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/09 |  | From Account #\*\*\*\*\*\*\*\*3665 | Transfer to checking | 9999-000 | 6,853.22 |  | 6,853.22 |
| 05/19/09 | 101 | CHARLES J. MYLER | Trustee fees | 2100-000 |  | 1,525.13 | 5,328.09 |
| 05/19/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 |  | 35.72 | 5,292.37 |
| 05/19/09 | 103 | Myler, Ruddy & McTavish | Attorney for trustee fees | 3110-000 |  | 2,000.00 | 3,292.37 |
| 05/19/09 | 104 | Illinois Department of Revenue | Tax ID#42-1575475 | 5800-000 |  | 83.36 | 3,209.01 |
| 05/19/09 | 105 | Laborers' Pension Fund | Amounts owed under ERISA | 5800-000 |  | 3,209.01 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 6,853.22 | 6,853.22 | $0.00 |
| Less: Bank Transfers | 6,853.22 | 0.00 |  |
| Subtotal | 0.00 | 6,853.22 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $0.00 | $6,853.22 |  |

| Net Receipts : | 6,853.22 |
|---|---|
| Plus Gross Adjustments : | 899.10 |
| Net Estate : | $7,752.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*36-65 | 6,853.22 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*36-66 | 0.00 | 6,853.22 | 0.00 |
|  | $6,853.22 | $6,853.22 | $0.00 |